# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE RODRIGUEZ, | CIVIL ACTION |
| Plaintiff, | Case No. 5:24-cv-00608-JFL |
| v. | |
| YELLOW SUPPLY, THE TODD ARTHURS COMPANY, INC., D/B/A ALPINE HOME AIR PRODUCTS, EXPRESS EMPLOYMENT PROFESSIONALS, | |
| Defendants. | |

## JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT EXPRESS EMPLOYMENT PROFESSIONALS TO ANSWER, MOVE, OR OTHERWISE PLEAD

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff Jose Rodriguez ("Plaintiff") and counsel for Defendant Express Employment Professionals ("Defendant") that the time for Defendant to answer, move, or otherwise respond to Plaintiffs Complaint in this action is hereby extended through and including April 24, 2024. A copy of the attorneys' signature on this Stipulation serves the same purposes as an original signature.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LAW OFFICES OF<br>ERIC A. SHORE, P.C. | OGLETREE, DEAKINS, NASH, SMOAK<br>& STEWART, P.C. |
| */s/ Mary LeMieux-Fillery*<br>Mary LeMieux-Fillery, Esq.<br>Two Penn Center<br>1500 JFK Boulevard, Suite 1240<br>Philadelphia, PA 19102<br>Telephone: 267-546-0132<br>Fax: 215-944-6124<br>maryf@ericshore.com | */s/ Wayne E. Pinkstone*<br>Wayne E. Pinkstone, Esq.<br>1735 Market Street, Suite 3000<br>Philadelphia, PA 19103<br>Telephone: 215-995-2800<br>Fax: 215-995-2801<br>wayne.pinkstone@ogletree.com |
| *Attorney for Plaintiff JOSE RODRIGUEZ* | *Attorney for Defendant EXPRESS EMPLOYMENT PROFESSIONALS* |

**IT IS SO ORDERED:**

_____  Date: _____
The Honorable Joseph F. Leeson, Jr.